THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LONGVIEW NEIGHBORS UNITED, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 2:15-cv-00068 |
| ) | **(Glynn County Superior Court** |
| v. ) | **Civil Action No. CE15-00636-063)** |
| ) | |
| PALMETTO BUILDING GROUP, LLC, ) | |
| SUNTRUST BANK, a Georgia Corporation, ) | |
| JOSEPH F. STRENGTH in his capacity as a ) | |
| representative for Suntrust Bank and/or Palmetto ) | |
| Building Group, LLC, ROBERTS CIVIL ) | |
| ENGINEERING, P.C., a Georgia corporation, ) | |
| JOHNATHAN ROBERTS, individually, GLYNN ) | |
| COUNTY, GEORGIA, a political subdivision ) | |
| of the state of Georgia, MICHAEL BROWNING, ) | |
| BILL BRUNSON, ALLEN BOOKER, and MARK ) | |
| STAMBAUGH, in their individual and official ) | |
| capacities, DALE PROVENZANO, BOB ) | |
| COLEMAN, and RICHARD STRICKLAND, in ) | |
| their official capacities, GLYNN COUNTY ) | |
| COMMUNITY DEVELOPMENT DEPARTMENT,) | |
| a division of Glynn County, Georgia, DAVID ) | |
| HAINLEY, in his individual and official capacity, ) | |
| CAYCE DAGENHART, in her individual and ) | |
| official capacity, ROBERT N. SHUPE, in his ) | |
| official capacity as Glynn County Surveyor, ) | |
| SHUPE SURVEYING COMPANY, P.C., ) | |
| ISLANDS PLANNING COMMISSION, a ) | |
| political commission of the State of Georgia, ) | |
| PRESTON KIRKENDALL, ROBERT USSERY, ) | |
| JOHN A. DOW, JR. and PAUL H. SANDERS, in ) | |
| their individual and official capacities, WILLIAM ) | |
| LAWRENCE and STAN HUMPHRIES, in their ) | |
| official capacities, AARON MUMFORD and ) | |
| NOAH PRIEST, in their individual and official ) | |
| Capacities, and PAUL ANDREWS, in his ) | |
| individual and official capacity, ) | |
| ) | |
| Defendants. ) | |

**JOINDER OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

1

Pursuant to 28 U.S.C. § 1446, Defendants Palmetto Building Group, LLC, SunTrust Bank, Joseph F. Strength, Roberts Civil Engineering, P.C., Johnathan Roberts, and Shupe Surveying Company, P.C., and hereby join the Notice of Removal of the above captioned action from the Superior Court of Glynn County, Georgia, to the United States District Court for the Southern District of Georgia, Brunswick Division, filed by Defendants Glynn County, Georgia, Michael Browning, Bill Brunson, Allen Booker, Mark Stambaugh, Dale Provenzano, Bob Coleman, Richard Strickland, Glynn County Community Development Department, David Hainley, Robert N. Shupe, Cayce Dagenhart, Islands Planning Commission, Preston Kirkendall, Robert Ussery, John A. Dow, Jr., Paul H. Sanders, William Lawrence, Stan Humphries, Aaron Mumford, Noah Priest, and Paul Andrews on June 8, 2015. The undersigned adopt the argument and reasoning in the Notice of Removal.

Respectfully submitted, this 8th day of June, 2015.

|  |  |
|---|---|
|  | ROBERTS TATE, LLC |
|  | /s/ Jason M. Tate |
|  | Jason M. Tate |
|  | Georgia Bar No. 140827 |
|  | jtate@robertstate.com |
|  | Lacey L. Houghton |
|  | Georgia Bar No. 363614 |
| P.O. Box 21828 |  |
| St. Simons Island, Georgia 31522 | ATTORNEYS FOR PALMETTO BUILDING GROUP, LLC |
|  |  |
|  | HUNTER, MACLEAN, EXLEY & DUNN, P.C. |
|  | /s/ Robert M. Cunningham |
|  | Robert M. Cunningham |
|  | Georgia Bar No. 202228 |
|  | rcunningham@huntermaclean.com |
| 777 Gloucester Street Suite 400 |  |
| Brunswick, Georgia 31520 | ATTORNEY FOR SUNTRUST BANK |
|  |  |
|  | /s/ Joseph F. Strength |

Joseph F. Strength

/s/ Johnathan Roberts
Johnathan Roberts, individually,
and on behalf of Roberts Civil
Engineering, P.C.

/s/ Robert N. Shupe
Robert N. Shupe
on behalf of
Shupe Surveying Company, P.C.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on the following via first-class U.S. mail on June 8, 2015:

Johnathan R. Miller, III
1708 Ellis Street
Brunswick, Georgia 31520

Jason M. Tate
P.O. Box 21828
Saint Simons Island, Georgia 31522

Robert N. Shupe
Shupe Surveying Company, P. C.
3837 Darien Highway
Brunswick, Georgia  31525

Johnathan Roberts
Roberts Civil Engineering, PC
301 Sea Island Road, Suite 10
St. Simons, GA 31522

Robert M. Cunningham
777 Gloucester Street Suite 400
Brunswick, Georgia 31520


Joseph F. Strength
777 Gloucester Street, Suite 200
Brunswick, Georgia 31520

/s/ Bradley J. Watkins