FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUL 16 2015
CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LONGVIEW NEIGHBORS UNITED, LLC

    Plaintiff

vs.

PALMETTO BUILDING GROUP, LLC,
ET AL,

    Defendants.

CIVIL ACTION

FILE NO. 2:15-CV-00068

## ORDER

The Plaintiff in the above captioned case having filed a Voluntary Dismissal of Defendants, Aaron Mumford, Individually ONLY, and Noah Priest, Individually ONLY, pursuant to Federal Rule of Civil Procedure 41, this dismissal is hereby GRANTED and the Clerk is ordered to dismiss Defendants, Aaron Mumford, Individually ONLY, and Noah Priest, Individually ONLY, as party Defendants, with said Defendants to remain as party Defendants in their respective official capacities.

SO ORDERED this 16 day of July, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA