IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| LONGVIEW NEIGHBORS UNITED, LLC | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION |
| PALMETTO BUILDING GROUP, LLC, ET AL, | * | FILE NO. 2:15-CV-00068 |
| Defendants. | * | |

## ORDER

The Plaintiff in the above captioned case having filed a Voluntary Dismissal of Defendant, Robert N. Shupe, Individually ONLY, pursuant to Federal Rule of Civil Procedure 41, this dismissal is hereby GRANTED and the Clerk is ordered to dismiss Defendant, Robert N. Shupe, Individually ONLY, as a party Defendant, with said Defendant to remain as a party Defendant in his official capacity.

SO ORDERED this ___ day of _____ 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA