IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| LONGVIEW NEIGHBORS UNITED, LLC | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION |
| | * | |
| PALMETTO BUILDING GROUP, LLC, ET AL, | * | FILE NO. 2:15-CV-00068 |
| | * | |
| Defendants. | * | |

## ORDER

The Plaintiff in the above captioned case having filed a Voluntary Dismissal of Defendants, Preston Kirkendall, Individually ONLY, Robert Ussery, Individually ONLY, John A. Dow., Jr., Individually ONLY, and Paul H. Sanders, Individually ONLY, pursuant to Federal Rule of Civil Procedure 41, this dismissal is hereby GRANTED and the Clerk is ordered to dismiss Defendants, Preston Kirkendall, Individually ONLY, Robert Ussery, Individually ONLY, John A. Dow., Jr., Individually ONLY, and Paul H. Sanders, Individually ONLY, as party Defendants, with said Defendants to remain as party Defendants in their respective official capacities.

SO ORDERED this 16 day of July, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA