# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| LONGVIEW NEIGHBORS UNITED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PALMETTO BUILDING GROUP, LLC; SUNTRUST BANK, a Georgia Corporation; JOSEPH F. STRENGTH in his capacity as a representative for SunTrust Bank and/or Palmetto Building Group, LLC; ROBERTS CIVIL ENGINEERING, P.C., a Georgia Corporation; JONATHAN ROBERTS, individually; GLYNN COUNTY, GEORGIA, a political subdivision of the State of Georgia; MICHAEL BROWNING, BILL BRUNSON, ALLEN BOOKER, and MARK STAMBAUGH, in their individual and official capacities; DALE PROVENZANO, BOB COLEMAN, and RICHARD STRICKLAND, in their official capacities; GLYNN COUNTY COMMUNITY DEVELOPMENT DEPARTMENT, a division of Glynn County, Georgia; DAVID HAINLEY, in his individual and official capacity; CAYCE DAGENHART, in her individual and official capacity; ROBERT N. SHUPE, in his official capacity as Glynn County Surveyor; SHUPE SURVEYING COMPANY, P.C.; ISLANDS PLANNING COMMISSION, a political commission of the State of Georgia; PRESTON KIRKENDALL, ROBERT USSERY, JOWN | CV 215-68 |

A. DOW, JR., and PAUL H.
SANDERS, in their individual
and official capacities;
WILLIAM LAWRENCE and STAN
HUMPHRIES, in their official
capacities; AARON MUMFORD and
NOAH PRIEST, in their
individual and official
capacities; and PAUL ANDRES, in
his individual and official
capacity,

Defendants.

## ORDER

Presently before the Court is Plaintiff's motion to voluntarily dismiss the action without prejudice. Dkt. no. 46. By consent of the parties, Defendants Robert N. Shupe, Shupe Surveying Company, P.C., and Joseph F. Strength are **DISMISSED WITH PREJUDICE** in all capacities. Pursuant to Federal Rule of Civil Procedure 48(a)(2), all remaining Defendants are **DISMISSED WITHOUT PREJUDICE** on the condition that Plaintiffs must pay the costs of this action upon refiling the case.

**SO ORDERED**, this 22ND day of July, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)